# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUNE ELIZABETH BROGDON,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF WASHINGTON CHILDREN'S ADMINISTRATION, et al.,<br><br>　　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:19-cv-05332-BHS |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

　　Brogdon's complaint is dismissed for failure to state a claim and without leave to amend.

Dated this 13th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　*s/Gayle M. Riekena*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk